**David N. HUDEC, Appellant,**

v.

**Janie HUDEC, Respondent.**

**No. WD 74542.**

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

Gary E. Brotherton, Columbia, MO, for appellant.

Rachael F. Kennedy, Columbia, MO, for respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

David Hudec appeals from the trial court's judgment that dissolved his marriage with Janie Hudec and divided the marital property. Mr. Hudec contends that the trial court abused its discretion in awarding Mrs. Hudec half of his "retirement-type" accounts. We disagree and affirm. Rule 84.16(b).